CARTER WOLDEN CURTIS
KIRK J. WOLDEN, SBN 138902
1111 Exposition Boulevard, Suite 602
Sacramento, CA 95815
Telephone:    (916) 567-1111
Facsimile:    (916) 567-1112
Email:        kirk@cwclawfirm.com

GOLOMB & HONIK
RICHARD GOLOMB (To be admitted *Pro Hac Vice*)
DAVID J. STANOCH (To be admitted *Pro Hac Vice*)
151 Market Street, Suite 1100
Philadelphia, PA 19102
Telephone:    (215) 278-4449
Email:        RGolomb@GolombHonik.com
              DStanoch@GolombHonik.com

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
W. DANIEL "DEE" MILES, III (To be admitted *Pro Hac Vice*)
REBECCA D. GILLILAND (To be admitted *Pro Hac Vice*)
272 Commerce Street
P.O. Box 4160
Montgomery, AL 36103
Telephone:    (334) 269-2343
Facsimile:    (224) 954-7555
Email:    Dee.Miles@BeasleyAllen.com
          Rebecca.Gilliland@BeasleyAllen.com

Attorneys for Plaintiff and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE ZYGELMAN, individually and for all persons similarly situated,<br><br>            Plaintiff,<br><br>    vs.<br><br>ANGIE'S LIST, INC.,<br><br>            Defendant. | Case No. 3:16-cv-00276-SI<br><br>[PROPOSED] ORDER ON PLAINTIFF'S *EX PARTE* MOTION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ENLARGE TIME TO SERVE COMPLAINT |

1

Plaintiff Michelle Zygelman filed her Ex Parte Motion by Plaintiff to Continue Initial Case Management Conference and Enlarge Time to Serve Complaint on March \_\_\_, 2016. Having reviewed the papers submitted in support thereof, and good cause appearing, the Court orders as follows: (note that FRCP4(m) now requires service within 90 days)

1. The Initial Case Management Conference is continued from April 22, 2016 at 2:30 p.m. until June 24, 2016, at 2:30 p.m.

2. Plaintiff shall have until July 14, 2016 in which to serve her complaint in this action. IT IS SO ORDERED.

_____
HONORABLE SUSAN ILLSTON