1  CARTER WOLDEN CURTIS
   KIRK J. WOLDEN, SBN 138902
2  1111 Exposition Boulevard, Suite 602
3  Sacramento, CA 95815
   Telephone:      (916) 567-1111
4  Facsimile:      (916) 567-1112
   Email:          kirk@cwclawfirm.com
5
6  GOLOMB & HONIK
   RICHARD GOLOMB (To be admitted *Pro Hac Vice*)
7  DAVID J. STANOCH (To be admitted *Pro Hac Vice*)
   151 Market Street, Suite 1100
8  Philadelphia, PA 19102
9  Telephone:      (215) 278-4449
   Email:          RGolomb@GolombHonik.com
10                 DStanoch@GolombHonik.com
11
   BEASLEY, ALLEN, CROW, METHVIN,
12 PORTIS & MILES, P.C.
   W. DANIEL "DEE" MILES, III (To be admitted *Pro Hac Vice*)
13 REBECCA D. GILLILAND (To be admitted *Pro Hac Vice*)
14 272 Commerce Street
   P.O. Box 4160
15 Montgomery, AL 36103
   Telephone:      (334) 269-2343
16 Facsimile:      (224) 954-7555
   Email:          Dee.Miles@BeasleyAllen.com
17                 Rebecca.Gilliland@BeasleyAllen.com
18
   Attorneys for Plaintiff and the Class
19

20                UNITED STATES DISTRICT COURT

21                NORTHERN DISTRICT OF CALIFORNIA

22 MICHELLE ZYGELMAN, individually        Case No. 3:16-cv-00276-SI
   and for all persons similarly situated,
23
                                          [PROPOSED] ORDER ON
24        Plaintiff,                       PLAINTIFF'S *EX PARTE* MOTION TO
                                          STAY ALL DEADLINES
25        vs.

26 ANGIE'S LIST, INC.,

27        Defendant.

28

                                    1

1    Plaintiff Michelle Zygelman filed her Ex Parte Motion by Plaintiff to Stay All Deadlines on

2  April 28, 2016.  Having reviewed the papers submitted in support thereof, and good cause

3  appearing, the Court orders as follows:

4        1.    All deadlines are hereby stayed; until August 4, 2016.

5        2.    Plaintiff's counsel shall promptly notify this Court if the forthcoming proposed

6  settlement contemplated in *Moore v. Angie's List, Inc.*, No. 1:15-cv-01243 (E.D. Pa.) does not

7  receive final approval.

8

9  IT IS SO ORDERED.

10  4/29/16



HONORABLE SUSAN ILLSTON

11

12

13  The Initial Case Management Conference is continued to August 5, 2016.

14  The Joint Case Management Conference Statement shall be filed at 8:00
   A.M. on August 4, 2016.

15

16

17

18

19

20

21

22

23

24

25

26

27

28