CARTER WOLDEN CURTIS
KIRK J. WOLDEN, SBN 138902
1111 Exposition Boulevard, Suite 602
Sacramento, CA 95815
Telephone:     (916) 567-1111
Facsimile:     (916) 567-1112
Email:          kirk@cwclawfirm.com

GOLOMB & HONIK
RICHARD GOLOMB (To be admitted *Pro Hac Vice*)
DAVID J. STANOCH (To be admitted *Pro Hac Vice*)
151 Market Street, Suite 1100
Philadelphia, PA 19102
Telephone:     (215) 278-4449
Email:          RGolomb@GolombHonik.com
                 DStanoch@GolombHonik.com

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
W. DANIEL "DEE" MILES, III (To be admitted *Pro Hac Vice*)
REBECCA D. GILLILAND (To be admitted *Pro Hac Vice*)
272 Commerce Street
P.O. Box 4160
Montgomery, AL 36103
Telephone:     (334) 269-2343
Facsimile:     (224) 954-7555
Email:          Dee.Miles@BeasleyAllen.com
                 Rebecca.Gilliland@BeasleyAllen.com

Attorneys for Plaintiff and the Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE ZYGELMAN, individually and for all persons similarly situated, | Case No. 3:16-cv-00276-SI |
| Plaintiff, | ***NOTICE OF VOLUNTARY DISMISSAL*** **PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |
| vs. | |
| ANGIE'S LIST, INC., | |
| Defendant. | |

1

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff hereby files this notice of voluntary dismissal of the above-caption action, each party to bear their own costs.

Dated: July 14, 2016                          CARTER WOLDEN CURTIS, LLP

By: _____
       KIRK J. WOLDEN
       Attorney for Plaintiff

### CERTIFICATE OF SERVICE

I, Kirk J. Wolden, Esquire, hereby certify that on this 13th day of June, 2016, the foregoing Notice of Voluntary Dismissal was filed and served upon all counsel via operation of the Court's CM/ECF Filing System.

Dated: July 14, 2016                                        Respectfully submitted,

                                                                    */s/ Kirk J. Wolden*
                                                                    Kirk J. Wolden, Esquire

3